1  JOHN P. LeCRONE (State Bar No. 115875)
    johnlecrone@dwt.com
2  EMILIO G. GONZALEZ (State Bar No. 197382)
    emiliogonzalez@dwt.com
3  LISA J. KOHN (State Bar No. 260236)
    lisakohn@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
5  Los Angeles, California  90017-2566
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  Attorneys for Defendant
8  TRONA RAILWAY COMPANY, LLC

10               UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. STEVENS,<br><br>              Plaintiff,<br><br>     vs.<br><br>TRONA RAILWAY COMPANY, LLC,<br><br>              Defendant. | Case No. EDCV08-1766 VAP (OPx)<br><br>**ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT AND REQUEST FOR PROTECTIVE ORDER PERTAINING TO THE PRODUCTION OF CONFIDENTIAL RAILROAD TRANSPORTATION CONTRACTS**<br><br>Action Filed:  December 3, 2008 |

1  In light of the Stipulated Confidentiality Agreement and Request for
2  Protective Order Pertaining to the Production of Confidential Railroad
3  Transportation Contracts ("Stipulation") submitted to this Court, and good cause
4  being shown, it is hereby ordered that defendant Trona Railway Company LLC
5  produce the Transportation Contracts, as defined in Paragraphs 1 and 2 of
6  Stipulation filed herewith, pursuant to the terms of that Stipulation.

9  DATED: 7/15/09

                                      The Hon. Virginia A. Phillips
                                      United States District Judge