**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. STEVENS,<br><br>      Plaintiff,<br><br>  v.<br><br>TRONA RAILWAY COMPANY,<br><br>      Defendant. | Case No. EDCV 08-1766-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Orders filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant Trona Railway Company, dismissing Plaintiff's claims based on the Federal Employers' Liability Act, 45 U.S.C. § 51, et seq., the Federal Safety Appliance Act ("SAA"), 49 U.S.C. § 20301, and products liability, with prejudice.

    The Court dismisses Plaintiff's claim for negligence under California law, without prejudice to re-file the claim in the California Superior Court.

    The Court orders that such judgment be entered.

Dated: <u>August 26, 2009</u>

                                            VIRGINIA A. PHILLIPS<br>                                        United States District Judge